**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 00-10388
SUMMARY CALENDAR

_____

G DAVID WESTFALL FAMILY LIMITED PARTNERSHIP; G. DAVID WESTFALL;
CHRISTINA WESTFALL; JOHN WESTFALL; STEFANI PODVIN; JOHN D.
PODVIN; Individually and as members of the limited partnership
*Plaintiffs-Appellants*,

v.

TOMMY PARKS, ET AL,
*Defendants*,

JAMES JONES AND NAVARRO COUNTY, TEXAS,
*Defendants-Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Texas
(3:96-CV-3301-L)

_____

January 26, 2001

Before REYNALDO G. GARZA, DAVIS, AND DENNIS, Circuit Judges.

PER CURIAM:[1]

The Westfall Family Limited Partnership owned a herd of
cattle kept on nine tracts of land in Ellis and Navarro Counties
in North Texas.  In 1996, an official from the Society for the
Prevention of Cruelty to Animals ("the SPCA") reported to the
Ellis and Navarro County Sheriffs'` Departments that the Westfall
herd was being mistreated.  The departments investigated the SPCA

_____

[1]Pursuant to 5th Cir. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.

official's charge and, finding it to be well-founded, seized more than 175 head of cattle and two donkeys owned by the Westfall Family Limited Partnership. Appellants brought suit against the counties and individual officials claiming violations of their Fourth, Fifth, and Fourteenth Amendment rights under the United States Constitution and violations of applicable state law. The district court barred suit against appellee-Jones based on qualified immunity and granted summary judgment in favor of appellee-Navarro County based on a lack of policy or custom in the county of seizing property pursuant to a warrant lacking probable cause. This appeal followed.

Having reviewed the record, the briefs, and the recommendation of the magistrate as adopted by the district court in its order, we agree that summary judgment in favor of appellees was appropriate. Accordingly, we AFFIRM.